1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113- 2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAMONA PATRICIA CARDON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>                    Plaintiff,<br><br>v.<br><br>LHR, Inc., a New York corporation, WAYNE BRIAN LEWIS, individually and in his official capacity, and DAVID J. HASTIE, individually and in his capacity,<br><br>                    Defendants. | Case No. C08-01135-JW-HRL<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

March 30, 2008, through April 19, 2008, inclusive.

Counsel will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court or attending depositions.

                                                                              CONSUMER LAW CENTER, INC.

Dated: March 4, 2008                                     By: /s/ Fred W. Schwinn
                                                                              Fred W. Schwinn, Esq.
                                                                              Attorney for Plaintiff
                                                                              RAMONA PATRICIA CARDON

---

NOTICE OF UNAVAILABILITY OF COUNSEL                                     Case No.  C08-01135-JW-HRL