Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAMONA PATRICIA CARDON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LHR, INC., a New York corporation, WAYNE BRIAN LEWIS, individually and in his official capacity, and DAVID J. HASTIE, individually and in his official capacity,<br><br>　　　　　　Defendants. | Case No. C08-01135-JW-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　COMES NOW the Plaintiff, RAMONA PATRICIA CARDON, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RAMONA PATRICIA CARDON, hereby dismisses, with prejudice, all claims made by her against Defendants, LHR, INC., WAYNE BRIAN LEWIS, and DAVID J. HASTIE, in her Complaint filed herein on February 26, 2008. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　RAMONA PATRICIA CARDON

-1-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE　　　　　　　　　　Case No. C08-01135-JW-HRL