

4/30/2008

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAMONA PATRICIA CARDON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>Plaintiff,<br><br>v.<br><br>LHR, INC., a New York corporation, WAYNE BRIAN LEWIS, individually and in his official capacity, and DAVID J. HASTIE, individually and in his official capacity,<br><br>Defendants. | Case No. C08-01135-JW-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, RAMONA PATRICIA CARDON, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RAMONA PATRICIA CARDON, hereby dismisses, with prejudice, all claims made by her against Defendants, LHR, INC., WAYNE BRIAN LEWIS, and DAVID J. HASTIE, in her Complaint filed herein on February 26, 2008. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 30, 2008

_____
United States District Judge

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    RAMONA PATRICIA CARDON

-1-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE        Case No. C08-01135-JW-HRL